[No. 4667-2-III.   Division Three.   December 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EDUARDO SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-1-00162-4, Carl L. Loy, J., entered July 15, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4716-4-III.   Division Three.   December 21, 1982.]

THOMAS R. BLAIR, *Appellant,* v. THE CITY OF TOPPENISH, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-2-01032-5, Howard Hettinger, J., entered August 12, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.